

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2017

No. 04-16-00680-CR

Marcos Vincent **DELEON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5491
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Patricia O. Alvarez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2017.

_____
Keith E. Hottle
Clerk of Court